FOURTH NAT. BANK OF ST. LOUIS et al. v. ALBAUGH et al. (Circuit Court of Appeals, Eighth Circuit. October 21, 1901.) No. 1,455. Appeal from the Circuit Court of the United States for the District of Kansas. Removed to the supreme court by appeal.

---

GARNETT v. PHŒNIX BRIDGE CO. (Circuit Court of Appeals, Third Circuit. September Term, 1901.) No. 6. In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. A. S. Ashbridge, for plaintiff. Dismissed under rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.). See 98 Fed. 192.

---

ST. JOHN'S LODGE et al. v. CAMPBELL. (Circuit Court of Appeals, Fifth Circuit. May 28, 1901.) No. 1,041. Appeal from the Circuit Court of the United States for the Eastern District of Texas. T. O. Woldert, for appellants. W. Frank Knox, W. S. Herndon, and Ben B. Cain, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. On the facts in the record we concur with the circuit court, and we find no reversible error in the proceedings below. The decree appealed from is affirmed.

---

WILLEY et al. v. BROWNE et al. (Circuit Court of Appeals, Eighth Circuit. September Term, 1901.) No. 20. Appeal from the District Court of the United States for the Eastern District of Pennsylvania. Jos. L. Greenwald, C. O. Mayer, and Sam. B. Huey, for appellants. John G. Johnson, for appellees. Dismissed under paragraph 5, rule 24 (31 C. C. A. clxvi., 90 Fed. clxvi.).

---

WM. SCHNEIDER WHOLESALE WINE & LIQUOR CO. v. HOSTETTER CO. (Circuit Court of Appeals, Eighth Circuit. October 7, 1901.) No. 1,554. Appeal from the Circuit Court of the United States for the Eastern District of Missouri. Jacob Klein and Warwick M. Hough, for appellant. Albert H. Clarke and L. Frank Ottofy, for appellee. Dismissed, with costs, on motion of the appellant. See 107 Fed. 705.

---

FOSTER v. LEBANON SPRINGS R. CO. et al. (Circuit Court, D. Vermont. October 7, 1901.) In Equity. For former opinion, see 100 Fed. 543.

WHEELER, District Judge. Because the railroad is not in the possession of the mortgagor, the general rule that the receiver in a foreclosure should have immediate possession is not applicable. and the motion to vacate the stay of possession by the receiver is continued to the hearing on the merits.

---

HOSTETTER CO. v. MODRY et al. (Circuit Court, N. D. California. July 8, 1901.) Action by the Hostetter Company against E. P. Modry & Co. E. Edgar Galbreth and A. H. Clarke, for complainant.

MORROW, Circuit Judge. In accordance with the views expressed in the opinion in the case of Hostetter Co. v. Martinoni (C. C.; No. 12,780) 110 Fed. 524, a decree will be entered herein for the complainant, granting the injunction prayed for, and referring the case to the master in chancery for accounting.